**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2311**

In re:  BRAD EDMONDS,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  January 27, 2023                    Decided:  February 7, 2023

Before WYNN, Circuit Judge, and KEENAN and FLOYD, Senior Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Brad Edmonds, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brad Edmonds petitions this court for a writ of habeas corpus. This court does not have jurisdiction to entertain original habeas corpus petitions under 28 U.S.C. § 2241. *See Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). Moreover, the interest of justice would not be served by transferring the case to the district court. *See* 28 U.S.C. § 1631. We therefore dismiss Edmonds' petition for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*